UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JANE DOE,

         *Plaintiff*,

-against-

HOLY BAGEL CAFÉ II, INC. d/b/a BAGEL CAFÉ
d/b/a BAGEL CAFÉ II, SANG CHON LEE, EN
SEOUN LEE and LUDWIN R. SANCHEZ a/k/a
ROBERTO SANCHEZ,

         *Defendants*.
------------------------------------------------------------------X

Case Action No.:
**2:15-CV-3620**

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

  PLEASE TAKE NOTICE, that I, Patrick Griesbach of CERTAIN & ZILBERG, PLLC, have been retained by the plaintiff, JANE DOE, to represent her interest in the above captioned action. I certify that I am duly admitted to practice before this Court.

Dated: September 28, 2021
   New York, New York

               _____
               Patrick Griesbach, Esq.
               Certain & Zilberg, PLLC
               Counsel to Plaintiff
               488 Madison Avenue, 20th Floor
               New York, New York 10022
               Tel: (212) 687-7800
               E-Mail: pgriesbach@certainlaw.com

TO: ALL PARTIES VIA ECF FILING