UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGEDATE: 10/25/2021
TIME: 12:30 PM
☐ SEALED PROCEEDING

**CIVIL CAUSE FOR STATUS CONFERENCE (Video)**
**CASE:** 2:15-cv-03620-RRM-JMW, Doe v. Holy Bagel Cafe II, Inc et al

APPEARANCES:

For Plaintiff:   Patrick M. Griesbach

For Defendant:  Andrew D. Grossman and Richard W. Young

Court Reporter/FTR: 12:34-12:41 (video)

**THE FOLLOWING RULINGS WERE MADE:**

☒Status Conference held.  After hearing from the parties, and based on the procedural posture of this case, the Court directed that the parties participate in a settlement conference on December 20, 2021 at 2:00 pm via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date.  Parties shall comply with Judge Wicks' Individual Practice Rules regarding Settlement Conferences (Rules §5).  Should the parties not settle at the settlement conference, the Court will schedule a final pre-trial conference.

**THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.**

SO ORDERED
/s/ *James M. Wicks*
JAMES M. WICKS
United States Magistrate Judge