UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                    Chapter 7

Ludwin R. Sanchez
aka Roberto Sanchez,                                          Case No. 8-19-74698-las

                Debtor.
-----------------------------------------------------------------X

Jane Doe,
                Plaintiff,                                  Adv. Proc. No. 8-19-08125

      v.

Ludwin R. Sanchez
aka Roberto Sanchez,

                Defendant
-----------------------------------------------------------------X

**ORDER VACATING THE AUTOMATIC
STAY PURSUANT TO 11 U.S.C. § 362(d)(1)**

Upon court order, dated October 10, 2019 [dkt. no. 4] scheduling a hearing (the "Pretrial Conference") for December 12, 2019 in the above captioned adversary proceeding, to determine the dischargeability of a debt under 11 U.S.C. 523(a)(6); and prior to the filing of the lead chapter 7 bankruptcy petition, Ludwin R. Sanchez (the "Debtor") was a party defendant in the District Court action captioned *Doe v. Holly Bagel Café II et al* Civil No 15-3620; and the Court having held the Pretrial Conference on December 12, 2019, where Kim H. Ly Esq., appeared on behalf of Jane Doe and Michael Farina Esq., appeared on behalf of the Debtor; and the parties having consented to relief from the automatic stay to the extent the automatic stay under section 362(a) of the Bankruptcy Code is applicable to allow the parties to continue with the action captioned *Doe v. Holly Bagel Café II et al* Civil No 15-3620 (the "District Court Action"), pending before the District Court for the Eastern District of New York; and after due deliberation and based upon the record made at the December 12,

2019 hearing, it is hereby

ORDERED that to the extent the automatic stay under section 362(a) of the Bankruptcy Code is applicable, the automatic stay is vacated pursuant to section 362(d)(1) of the Bankruptcy Code to allow Jane Doe and the Debtor to proceed with the District Court Action.



Dated: December 16, 2019
Central Islip, New York

Louis A. Scarcella
United States Bankruptcy Judge