**CERTAIN & ZILBERG, PLLC**
488 MADISON AVENUE, 20TH FLOOR
NEW YORK, NEW YORK 10022
TEL. 212.687.7800
FAX 212.687.7801

Writer's Extension:  x225
Writer's Email:  gcertain@certainlaw.com

February 25, 2022

**VIA FIRST CLASS MAIL**
The Honorable Chief Judge Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Doe v. Holy Bagel Café II, Inc. et al
               Docket No. 2:15-cv-03620-RRM-AYS

Dear Chief Judge Mauskopf:

     Our office represents the Plaintiff Jane Doe in the above-referenced matter. I write in response to the letter filed yesterday, (February 25, 2022, ECF Document #s 66 and 67), by bankruptcy counsel to Defendant Ludwin Sanchez a/k/a Roberto Sanchez.

     It is Plaintiff's position that the factual determination made during the trial of the District Court action, given the intentional nature of the claims made against Defendant Sanchez, are likely to be dispositive with respect to the issue of dischargeability under 11 U.S.C. Section 523(a)(6).  However, it remains our understanding that such a determination will be made by the U.S. Bankruptcy Court upon resolution of the District Court action.   Therefore, it is our understanding that the issues raised by Defendant Sanchez's bankruptcy counsel in yesterday's letter to this court does not call for any action or ruling.

                                                        Respectfully submitted,
                                                        CERTAIN & ZILBERG, PLLC

                                                        By Gary Certain

*cc:*
      Ronald D. Weiss, P.C.
      *Bankruptcy Counsel to Defendant Sanchez*
      weiss@fresh-start.com

*via ECF:*
      Andrew David Grossman, Esq.
      *Counsel to Defendants Holy Bagel Café II, Inc.*

*and En Seoun Lee*

Richard W. Young, Esq.
*Counsel to Defendant Sanchez*